

FILED
JUL 11 2008
CLERK
SOUTHERN
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR2300-IEG
                               )
            Plaintiff,         )   I N F O R M A T I O N
                               )
      v.                       )   Title 18, U.S.C., Section 1001-
                               )   False Statement to a Federal
MIGUEL ANGEL PACAS-GARCIA,     )   Officer (Felony)
                               )
            Defendant.         )
_____)

The United States Attorney charges:

On or about June 11, 2008, within the Southern District of California, defendant MIGUEL ANGEL PACAS-GARCIA, in a matter within the jurisdiction of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that his name was Diego Salvador Politron-Acosta, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: July 11, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lml:6/25/08