1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MIGUEL ANGEL PACAS-GARCIA | 08 CR 2300-IEG |
| | CASE NUMBER: 08 MJ 1833 |

I, <u>MIGUEL ANGEL PACAS-GARCIA</u>, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 7/11/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
MIGUEL ANGEL PACAS-GARCIA
Defendant

_____
ANTONIO F. YOON
Counsel for Defendant

Before _____
JUDICIAL OFFICER

CJB:lml:6/25/08